1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   BRENDA A. WHITE,                    ) Case No.: 1:09-cv-1820 JLT
                                          )
12                Plaintiff,             ) ORDER ON STIPULATION FOR
                                          ) DISMISSAL
13        vs.                             )
     MICHAEL J. ASTRUE,                   )
14   Commissioner of Social Security,     )
                                          )
15                Defendant.             )
                                          )
16   ─────────────────────────────────   )

17        IT IS HEREBY ORDERED, based on the stipulation of the parties, through

18   their attorneys, that the above matter be **DISMISSED** without prejudice.  The

19   parties will bear their own fees and expenses

20

21

22   IT IS SO ORDERED.

23     Dated:   **June 18, 2010**                    **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

                                    -1-